UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA f/u/o KERRI ENTERPRISES, the ALLSTATE COMPANY, INC.<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-11339-NMG<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Now comes that Defendant, United States Fidelity & Guaranty Company, and, pursuant to Fed.R.Civ.P. 7.1 (and Local Rule 7.3), hereby makes the following corporate disclosure:

United States Fidelity & Guaranty Company is 100% owned by St. Paul Fire Insurance Marine Insurance Company, which in turn is 100% owned by The St. Paul Travelers Companies, Inc.

UNITED STATES FIDELITY &
GUARANTY COMPANY
By its Attorneys,

s/ James G. Grillo
Harvey B. Heafitz, Esq., BBO# 227400
James G. Grillo, Esq., BBO# 638730
Heafitz & Sullivan
56 Chestnut Hill Avenue
Boston, MA 02135
(617) 562-1000