UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA f/u/o          )
KERRI ENTERPRISES, the ALLSTATE         )
COMPANY, INC.                           )
        Plaintiff,                      )
                                        )
v.                                      )    CIVIL ACTION NO. 05-CV-11339-NMG
                                        )
UNITED STATES FIDELITY &                )
GUARANTY COMPANY                        )
        Defendant                       )
_____)

**STATEMENT OF CONFERRING PURSUANT TO LOCAL RULE 16.1 (D)(3)**

This statement certifies that Attorney James G. Grillo, counsel for Defendant, United

States Fidelity & Guaranty Company, and Mr. Tom S. Groseclose, authorized representative for

the Defendant, have conferred pursuant to Local Rule 16.1 (D)(3):

(a)    with a view to establishing a budget for the costs of conducting the full course and
       various alternative courses of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute
       resolution programs such as those outlines in Local Rule 16.4.

UNITED STATES FIDELITY &
GUARANTY COMPANY
By its Attorneys,


s/ James G. Grillo
Harvey B. Heafitz, Esq., BBO# 227400
James G. Grillo, Esq., BBO# 638730
Heafitz & Sullivan
56 Chestnut Hill Avenue
Boston, MA 02135
(617) 562-1000

s/ Tom S. Groseclose
Tom S. Groseclose, Claim Manager
United States Fidelity & Guaranty Company