UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11339

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o KERRI ENTERPRISES, the ALLSTATECOMPANY, INC., a Massachusetts corporation with a principal place of business in Norwood, Norfolk County,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland surety company registered to do business in Massachusetts,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance for the Plaintiff, United States of America f/u/o, Kerri Enterprises, the Allstate Company, Inc., in the above entitled action.

_/s/ James L. Kimball_
James L. Kimball, BBO# 638709
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
T: (617) 523-6677
F: (617) 227-3709

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on October 25, 2005

_/s/ James L. Kimball_