UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA f/u/o KERRI ENTERPRISES, the ALLSTATE COMPANY, INC.<br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-CV-11339-NMG |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　　Kindly enter my appearance as counsel for the Defendant, United States Fidelity & Guaranty Company, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES FIDELITY &
　　　　　　　　　　　　　　　　　　　　　　GUARANTY COMPANY
　　　　　　　　　　　　　　　　　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　　　　　s/ James G. Grillo
　　　　　　　　　　　　　　　　　　　　　　James G. Grillo, Esq., BBO# 638730
　　　　　　　　　　　　　　　　　　　　　　Heafitz & Sullivan
　　　　　　　　　　　　　　　　　　　　　　56 Chestnut Hill Avenue
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02135
　　　　　　　　　　　　　　　　　　　　　　(617) 562-1000