UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11339 NMG

| | |
|---|---|
| UNITED STATES OF AMERICA<br>f/u/o KERRI ENTERPRISES,<br>the ALLSTATE COMPANY, INC.,<br>a Massachusetts corporation<br>with a principal place of<br>business in Norwood, Norfolk<br>County,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY &<br>GUARANTY COMPANY, a Maryland<br>surety company registered to<br>do business in Massachusetts,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The Plaintiff and undersigned counsel, by way of Local Rule 16.1(D)(3) do hereby certify that they conferred with a view towards (1) establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Arthur Tenaglia, President
Kerri Enterprises, The
Allstate Company, Inc.

Dated: October 26, 2005

_____
James L. Kimball, BBO# 638709
BLAKE J. GODBOUT & ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on October 28, 2005

_____