UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11339 NMG

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o KERRI ENTERPRISES, the ALLSTATE COMPANY, INC., a Massachusetts corporation with a principal place of business in Norwood, Norfolk County, <br><br>            Plaintiff, <br><br>v. <br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland surety company registered to do business in Massachusetts, <br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Kerri Enterprises, the Allstate Company, Inc., hereby states that Kerri Enterprises, the Allstate Company, Inc. has no corporate parent and that no publicly held corporation owns 10% or more of Kerri Enterprises, the Allstate Company, Inc. stock

_James Kimball_
James L. Kimball, BBO# 638709
BLAKE J. GODBOUT & ASSOCIATES
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Dated: October 26, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document served upon the attorney of record for each party by mail (by hand) on October 28, 2005
_James Kimball_