UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o )<br>KERRI ENTERPRISES, the ALLSTATE )<br>COMPANY, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES FIDELITY & )<br>GUARANTY COMPANY )<br>    Defendant )<br>) | CIVIL ACTION NO. 05-CV-11339-NMG |

**STIPULATION OF DISMISSAL**

Now come the Parties, and hereby stipulate to the dismissal of those claims which were brought in the above-entitled action, with prejudice and without costs, all rights of appeal waived.

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>KERRI ENTERPRISES, the ALLSTATE<br>COMPANY, INC.<br>By its Attorneys,<br><br>s/ James L. Kimball<br>Blake J. Godbout, Esq., BBO#196380<br>James L. Kimball, Esq. BBO# 638709<br>Blake J. Godbout & Associates<br>33 Broad Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6677 | UNITED STATES FIDELITY &<br>GUARANTY COMPANY<br><br>By its Attorneys,<br><br>s/ James G. Grillo<br>Harvey B. Heafitz, Esq., BBO# 227400<br>James G. Grillo, Esq., BBO# 638730<br>Heafitz & Sullivan<br>56 Chestnut Hill Avenue<br>Boston, MA 02135<br>(617) 562-1000 |